10 A.3d 897

BEDMINSTER ASSOCIATES, Petitioner

v.

BEDMINSTER TOWNSHIP BOARD OF SUPERVISORS and Bedminster Township, Respondents.

Supreme Court of Pennsylvania.

Dec. 17, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December 2010, the Petition for Allowance of Appeal is **LIMITED GRANTED.** The issue, as stated by the Petitioner, is:

(a) Whether the Commonwealth Court erred in allowing the Township to use a municipal cure that was declared after the cure challenge was filed as a basis to dismiss the cure challenge because the Township "acted quickly."